UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE VAC LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No.: 1:23-cv-02013 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Plaintiff Life Vac LLC, a nongovernmental corporate party, makes the following disclosures pursuant to Federal Rules of Civil Procedure Rule 7.1:

1. No parent corporation owns 10% or more of the stock of Life Vac LLC. No publicly held corporation owns 10% or more of the stock of Life Vac LLC.

Dated:  March 9, 2023                              Respectfully submitted,

                                                   THOITS LAW

                                        By:   */s/ Christopher Tom*
                                              Christopher Tom, Esq.
                                              400 Main Street, Suite 250
                                              Los Altos, CA 94022
                                              (650) 327-4200
                                              Ctom@thoits.com

                                              *Attorney for Plaintiff Life Vac LLC*