```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIFE VAC LLC,

                **Plaintiff,**

-against-

THE INDIVIDUALS, CORPORATIONS, ET AL.,

                **Defendants.**

23-cv-02013 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court hereby clarifies its Order dated March 17, 2023. ECF No. 25. Defendants' deadline to file opposing papers to Plaintiff's request for a preliminary injunction is **April 5, 2023 at 5:00 PM eastern time**. The telephonic preliminary injunction hearing is scheduled for **April 6, 2023 at 4:00 PM eastern time.** All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:    March 20, 2023
              New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**