USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/6/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LIFE VAC LLC,**

     **Plaintiff,**

  **-against-**

**THE INDIVIDUALS ET AL.**

     **Defendants.**

**23-cv-02013 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge**

  As discussed during today's hearing, the Court hereby **GRANTS** Plaintiff's request for a preliminary injunction.

 The Plaintiff is directed to file a letter on or by **April 10, 2023** indicating which documents will be unsealed. If Plaintiff believes these documents need to remain under seal, then the Plaintiff is directed to include arguments in support of continued sealing in its letter. Plaintiff is also **ORDERED** to provide a status update on this matter on or by **April 20, 2023.**

**SO ORDERED.**

**Dated:** **April 6, 2023**
    **New York, New York**

                **ANDREW L. CARTER, JR.**
                **United States District Judge**