**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LIFE VAC LLC,** | |
| **Plaintiff,** | |
| -against- | |
| **THE INDIVIDUALS, CORPORATIONS, ET AL.,** | |
| **Defendants.** | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10/3/23_____

**23-cv-02013 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's motion for the withdrawal of Shannon J. Prince as counsel. ECF No. 64. On August 4, 2023, the Court previously granted Plaintiff's motion for the withdrawal of counsel as to Christopher Tom, ECF No. 62, and Anna Iskikian, ECF No. 61. After Christopher Tom was terminated as an attorney, he filed another notice of appearance on August 17, 2023. ECF No. 63.

The Plaintiff is hereby **ORDERED** to submit a letter on or by **October 5, 2023 at 12:00 PM Eastern Time** explaining who currently represents Plaintiff in this matter.

**SO ORDERED.**

Dated:     **October 3, 2023**
           **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**