USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/10/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LIFE VAC LLC,**

                    **Plaintiff,**

           -against-

**THE INDIVIDUALS, CORPORATIONS, ET AL.,**

                    **Defendants.**

**23-cv-02013 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff filed a Complaint commencing this action on March 9, 2023. ECF No. 1. This Court previously granted Plaintiff's request for a temporary restraining order, ECF No. 23, and preliminary injunction, ECF No. 29. On October 2, 2023, the Clerk of the Court entered a Certificate of Default as to every non-appearing defendant in this matter. *See* ECF No. 68. To date, Plaintiff has yet to move for default judgment. Plaintiff is hereby **ORDERED** to move for default judgment in accordance with this Court's Individual Practices, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 on or by **October 20, 2023.** *See* Attachment A to Individual Practices of Andrew L. Carter, Jr.

**SO ORDERED.**

Dated:    **October 10, 2023**
           **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**