UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LIFE VAC LLC,

              Plaintiff,

                                                      23 **CIV** 2013 (ALC)

        -against-                                **DEFAULT JUDGMENT**

THE INDIVIDUALS, CORPORATIONS,           **AS TO LIABILITY**
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATES
IDENTIFIED ON SCHEDULE A HERETO,
              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated March 11, 2024, judgment of liability is entered in favor of Plaintiffs and against Defaulting Defendants on all counts in Plaintiff's Complaints.

**DATED**: New York, New York
            March 12, 2024

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                                    **BY**: _____
                                                    **Deputy Clerk**