USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIFE VAC LLC,

       **Plaintiff,**

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE A HERETO,

       **Defendants.**

23-cv-02013 (ALC)

**ORDER**

---

**Andrew L. Carter, Jr., United States District Judge:**

  On March 11, 2024, this Court granted Plaintiff's default judgment against all Defendants as to liability. ECF No. 88. Defendants were ordered to show cause why the Court pursuant to Fed. Rs. Civ. P. 55 should not grant Plaintiff's requested statutory damages judgment. ECF No. 89. Defendants did not file a response.

  Upon the Memorandum of Law in Support of the Motion for Default Judgment, ECF No. 80, as well as the Summons and Complaint previously filed in this action, and Affidavits of Service thereof, Plaintiffs' default judgment as to damages is hereby **GRANTED**.

**SO ORDERED.**

Dated: April 3, 2024
    New York, New York

                  */s/ Andrew L. Carter, Jr.*
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**