**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIFE VAC LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v | ) |
| . | ) 1:23-cv-02013-ALC |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS, AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON | ) |
| SCHEDULE A HERETO, | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

## DISBURSEMENT ORDER

The Clerk is directed to disburse:

> The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee;

To Plaintiff's counsel:

> BOIES SCHILLER FLEXNER LLP
> Attn: Christopher Tom
> 55 Hudson Yards
> New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

Dated:   4/2/26

_____
United States District Judge